UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO GENAO,

                Plaintiff,

-against-

THE CITY OF NEW YORK,

                Defendant.

22-CV-5676 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated July 12, 2022, the Court directed Plaintiff, within thirty days, to resubmit the signature page of the complaint, and either pay the $402.00 in filing fees that are required to file a civil action in this Court or submit a completed request to proceed *in forma pauperis* (IFP). That order specified that failure to comply would result in dismissal of the complaint.

      On August 5, 2022, the order was returned as undeliverable to the address Plaintiff had provided with his complaint. Plaintiff has not complied with the Court's order and has failed to notify the Court of a change of mailing address. Accordingly, Plaintiff's complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

2

The Clerk of Court is directed to issue judgment in this case.

SO ORDERED.

Dated: August 18, 2022
       New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge